**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Glen Sumner v. Board of Adjustments of the City of Spring Valley
                              Village, Texas, The City of Spring Valley Village, Texas, Art Flores,
                              Richard R. Rockenbaugh and Betty Lusk

Appellate case number:    01-14-00888-CV

Trial court case number:    2010-45239

Trial court:                164th District Court of Harris County

       Appellant's Unopposed First Motion for Extension of Time to File His Brief is
**DISMISSED AS MOOT**.  The reporter's record has not been filed and the brief is not yet due.
*See* TEX. R. APP. P. 38.6(a).

       It is so ORDERED.


Judge's signature: /s/ <u>Harvey Brown</u>
                   X  Acting individually


Date:  December 9, 2014